IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOSHE ISSAC STEIN,

    Petitioner,               No. CIV S-05-1592 GEB KJM P

    vs.

DIRECTOR OF CORRECTIONS, et al.,

    Respondents.          <u>ORDER</u>

      /

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus. On January 4, 2007, petitioner filed a request for an extension of time in which to file objections to the findings and recommendations filed on December 15, 2006 and a request for an order directing the Shasta County Jail to return petitioner's legal papers and books.

        Petitioner's request for an order directing Shasta County Jail is, in essence, a request for injunctive relief directed at people who are not parties to this action. Generally, this court is unable to issue an order against individuals who are not parties to a suit pending before it. See <u>Zenith Radio Corp. v. Hazeltine Research, Inc.</u>, 395 U.S. 100, 112 (1969). Moreover, while plaintiff speculates that Shasta County jail officials destroyed his property, this speculation is an insufficient basis upon which to base the order he seeks.

/////

1       Good cause appearing, IT IS HEREBY ORDERED that:

2       1. Petitioner's January 4, 2007 request for an extension of time is granted;

3       2. Petitioner is granted thirty days from the date of this order in which to file objections to the findings and recommendations filed December 15, 2006; and

5       3. Petitioner's January 4, 2007 request for an order directing the return of his legal materials is denied.

DATED:  February 6, 2007.

_____
U.S. MAGISTRATE JUDGE

2
stei1592.eot