IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOSHE ISSAC STEIN,

     Petitioner,            No. CIV S-05-1592 GEB KJM P

   vs.

DIRECTOR OF CORRECTIONS, et al.,

     Respondents.      <u>ORDER</u>

                          /

        Petitioner has requested a second extension of time to file objections to the court's findings and recommendations of December 15, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's March 9, 2007 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file his objections.

DATED: March 15, 2007.

_____
U.S. MAGISTRATE JUDGE

2
stei1592.111