IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOSHE ISSAC STEIN,

    Petitioner,                      No. CIV S-05-1592 GEB KJM P

    vs.

DIRECTOR OF CORRECTIONS, et al.,

    Respondents.                <u>ORDER</u>

/

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus. The action was filed when petitioner was involved in trial proceedings in Shasta County Superior Court and challenged aspects of those proceedings along with a variety of conditions in the Shasta County Jail. On January 20, 2006, the court issued findings and recommendations dismissing some of the claims but giving petitioner leave to file an amended petition.

        Petitioner filed his amended petition on May 5, 2006 while his appeal from his Shasta County conviction was pending. On December 15, 2006, the court issued findings and recommendations recommending that the action be dismissed because of the pendency of the state appeal.

/////

On April 16, 2007, petitioner filed objections, noting that in February he received notice that the California Supreme Court had denied his petition for review. Proceeding with this habeas petition will not interfere with any pending state actions.

IT IS HEREBY ORDERED:

1. The findings and recommendations of December 15, 2006 are hereby vacated;

2. Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

5. The Clerk of the Court shall serve a copy of this order together with a copy of the amended petition for writ of habeas corpus filed May 5, 2006 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: July 25, 2007.

_____
U.S. MAGISTRATE JUDGE

2

stei1592.vfr